Stuart M. Richter (CA126231)
stuart.richter@kattenlaw.com
Gregory S. Korman (CA216931)
gregory.korman@kattenlaw.com
Paul A. Grammatico (CA246380)
paul.grammatico@kattenlaw.com
**KATTEN MUCHIN ROSENMAN LLP**
650 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7122
Telephone: 714.386.5708
Facsimile: 714.386.5736

Attorneys for Defendant,
HSBC BANK USA, N.A.

*MADE JS-6*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| TIGRAN GEVORGYAN, an individual, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BANK OF AMERICA N.A., A National )<br>Association )<br>CHASE BANK USA N.A., A National )<br>Association )<br>GE CAPITAL RETAIL BANK, A Utah )<br>Corporation )<br>HSBC BANK USA N.A., A National )<br>Association )<br>PERSOLVE, LLC., A California Limited )<br>Liability Company )<br>CACH LLC., A Colorado Limited )<br>Liability Company )<br>MIDLAND CREDIT MANAGEMENT, )<br>INC., A Kansas Corporation )<br>RIVERWALK HOLDINGS, LP., A )<br>Texas Limited Partnership )<br>)<br>Defendants. )<br>_____ ) | CASE NO. CV-12-07533-GW (MRWx)<br><br>HON. GEORGE H. WU<br><br>**JUDGMENT**<br><br><br>Complaint filed: August 31, 2012 |

1

1

**JUDGMENT**

2          The Court, having ordered the dismissal of the action per its minute order on

3    January 31, 2013 (Docket No. 42),

4          IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that:

5          1.      Judgment is entered in favor of defendant, HSBC BANK USA, N.A. and

6    against plaintiff, Tigran Gevorgyan ("Plaintiff");

7          2.      Plaintiff shall recover nothing in this action.

8

9    **IT IS SO ORDERED.**

10

11   Dated:  February 7, 2013                    _____

12                                                HON. GEORGE H. WU
                                                  United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28