***CLOSED***

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIGRAN GEVORGYAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA N.A., A National Association; CHASE BANK USA N.A., A National Association; GE CAPITAL RETAIL BANK, A Utah Corporation; HSBC Bank USA N.A., A National Association; PERSOLVE, LLC., A California Limited Liability Company; CHACH LLC., A Colorado Limited Liability Company; MIDLAND CREDIT MANAGEMENT, INC., A Kansas Corporation; RIVERWALK HOLDINGS, LP., A Texas Limited Partnership,<br><br>Defendants. | Case No.  CV12-07533-GW (MRWx)<br><br>**JUDGMENT OF DISMISSAL** |

## JUDGMENT OF DISMISSAL

The Court, having dismissed the matter with prejudice as to Defendant GE CAPITAL RETAIL BANK pursuant to its January 31, 2013 Status Conference,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Judgment is entered in favor of Defendant GE CAPITAL RETAIL BANK, and against Plaintiff TIGRAN GEVORGYAN; and

2. Plaintiff shall recover nothing in this action.

**IT IS SO ORDERED.**

DATED: February 7, 2013

_____
HONORABLE GEORGE H. WU
U.S. DISTRICT JUDGE