*CLOSED*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIGRAN GEVORGYAN, an individual<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA N.A. A National Association<br>et al.<br><br>Defendants. | Case No.  CV12 07533 GW(MRWx)<br><br>**JUDGMENT OF DISMISSAL** |

# JUDGMENT

The Court, having ordered the dismissal of the action per its minute order on January 31, 2013 (Docket No. 42),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that:

1. Judgment is entered in favor of defendant CACH, LLC and against plaintiff, Tigran Gevorgyan ("Plaintiff");

2. Plaintiff shall recover nothing in this action.

**IT IS SO ORDERED.**

Dated: February 14, 2013

_____
HON. GEORGE H. WU
United States District Judge